# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 31, 2022

Clerk
United States Court of Appeals for the District of
Columbia Circuit
333 Constitution Avenue, NW
Washington, DC 20001

Re: Mary Jo Weidrick
v. Joseph R. Biden, Jr., President of the United States, et al.
No. 22-5162
(Your No. 22-5193)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

Because the Court lacks a quorum, 28 U. S. C. §1, and since the qualified Justices are of the opinion that the case cannot be heard and determined at the next Term of the Court, the judgment is affirmed under 28 U. S. C. §2109, which provides that under these circumstances "the court shall enter its order affirming the judgment of the court from which the case was brought for review with the same effect as upon affirmance by an equally divided court." The Chief Justice, Justice Thomas, Justice Alito, Justice Sotomayor, Justice Kavanaugh, Justice Barrett, and Justice Jackson took no part in the consideration or decision of this petition.

Sincerely,

*Scott S. Harris*

**Scott S. Harris**, Clerk